618

452 A.2d 59

Commonwealth v. Bruce, Appellant.

Submitted June 27, 1978. Robert A. Longo, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., MONTGOMERY and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.

452 A.2d 60

Commonwealth v. Campbell, Appellant.
Petition for Allowance of Appeal Denied Jan. 11, 1983.

Submitted April 23, 1982. Vincent J. Quinn, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgments of sentence affirmed.